NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| TISEN K. WASHINGTON, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D18-859 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Nancy Moate Ley,
Judge.

Tisen K. Washington, pro se.


PER CURIAM.


            Affirmed.  See Ratliff v. State, 914 So. 2d 938 (Fla. 2005); Williams v.

State, 707 So. 2d 683 (Fla. 1998); Enriquez v. State, 885 So. 2d 892 (Fla. 3d DCA

2004).



CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.